# UNITED STATES DISTRICT COURT
для the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:00-CR-16-1H |
| Willie Pernell Burton ) | USM No: 18693-056 |
| Date of Previous Judgment: November 13, 2001 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney W. H. Paramore, III |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____court_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____     Amended Offense Level: _____

Criminal History Category: _____     Criminal History Category: _____

Previous Guideline Range: ____ to ____ months     Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The defendant is not eligible for a sentence reduction pursuant to the retroactive crack cocaine guideline amendment because the amount of crack cocaine involved exceeded 4,500 grams.

Except as provided above, all provisions of the judgment dated November 13, 2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: November 3, 2010

Effective Date: _____
(if different from order date)

Judge's signature

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title